CAMPBELL D. CATONE, Respondent, v. VANDERBILT CHEMICAL CORPORATION, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

JERRY THOMAS, by His Guardian ad Litem, WILLIE THOMAS, et al., Respondents, v. CHARLES BUSH, Appellant, et al., Defendant.— In the circumstances present in this case, the judgment is affirmed, with costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.; Callahan and Breitel, JJ., dissent and vote to reverse and order a new trial on· the ground that there is not sufficient evidence of negligence based on any custom to cover pipes of the type involved under the present circumstances.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WHITE, Appellant.— Order unanimously affirmed. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

SOCIETY OF THE NEW YORK HOSPITAL, Appellant, v. WALTER KRUGER, Defendant, and BETTINA KRUGER, Respondent.— Determination unanimously reversed, with costs to the appellant and the judgment of the Municipal Court reinstated. The documentary evidence clearly establishes that defendant wife unconditionally agreed with the plaintiff hospital to personally pay the hospitalization charges. It was, therefore, proper for the trial court to have awarded judgment against her. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

RITA M. CROWLEY, Respondent, v. MANUEL PAREY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

In the Matter of HARMOSA OIL CORPORATION, Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent. [65–79 Tenth Ave., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified so as to fix values as follows: Land $240,000, Building $30,000, Total $270,000 and, as so modified, affirmed. On the record before the court, the values now fixed are justified. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

ALFRED J. BOHLINGER, Superintendent of Insurance of the State of New York, as Liquidator of the Preferred Accident Insurance Company of New York, Respondent, v. MAYVILLE REALTY COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.